**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7 CASE** |
| **MARKET STREET PROPERTIES** | ) | **CASE NO. 12-48537** |
| | ) | |
| **Debtor.** | ) | **HON. JUDGE JANET S. BAER** |

**COVER SHEET FOR TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

Name of Applicant:       **Richard J. Mason, Trustee**

Authorized to Provide Professional Services to:  Estate of Market Street Properties

Date of Order Authorizing Employment:  December 11, 2012 through Closing of Case

Period for Which Compensation is Sought:  From December 11, 2012 through Closing of Case.

Amount Of Fees Sought:                               **$485.57**

Amount of Expense Reimbursement Sought:     **$170.00**

This is an: _____ Interim Application         ___X___ Final Application

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is $_____0.00_____.

Date: October 21, 2015                                                               Applicant: /s/ Richard J.Mason
                                                                                                          Richard J. Mason, Trustee

Richard J. Mason, P.C. (ARDC #01787659)
McGuireWoods LLP
77 W. Wacker Drive – Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MARKET STREET PROPERTIES LLC | ) | |
| | ) | CASE NO. 12-48537 BSJ |
| | ) | |
| | ) | JUDGE JANET S. BAER |
| Debtor(s) | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   THE HONORABLE  JANET S. BAER,
       BANKRUPTCY JUDGE

NOW COMES RICHARD J. MASON, Trustee herein, pursuant to 11 U.S.C. §330, and requests **$485.57** as compensation, $0.00 of which has previously been paid, and **$170.00** for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $560,000.00.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $         1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $         4,500.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $        25,500.00 | ($47,500.00 max.) |
| 3% of balance | $             0.00 | |
| TOTAL COMPENSATION | $        31,250.00* | |

**\* Trustee has agreed to limit all administrative expenses to $10,000.000 and therefore requests an amount of $485.57 as compensation.**

II. TRUSTEE'S EXPENSES

Other Expenses                               $         170.00*

*Administrative Expense for Court Reporter. See attached Exhibit A.

TOTAL EXPENSES                               $         170.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this   21st   day of        October       , 2015.

Dated:       10/21/2015                       /S/ RICHARD J. MASON
                                             RICHARD J. MASON, Trustee
                                             McGuire Woods LLP
                                             77 West Wacker Drive
                                             Suite # 4100
                                             Chicago, IL  60601-1815

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** |  |  |  |
| John Pollick Fees | $7,882.00 | $655.57 | $8,537.57 |
| **Accountant for Trustee** |  |  | 0.00 |
| **Attorney for Debtor** |  |  | 0.00 |
| **Other Professionals** |  |  | 0.00 |
| TOTAL | $ 7,882.00 | $ 655.57 | $ 8,537.57 |