RICHARD J. MASON
McGuire Woods LLP
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

        Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re:  MARKET STREET PROPERTIES LLC | § | Case No. 12-48537-BSJ |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

     RICHARD J. MASON, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

     2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $35,000.00            Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,315.25      Claims Discharged
                                                         Without Payment: $148,669.81

Total Expenses of Administration: $550,684.75

---

     3)  Total gross receipts of $     560,000.00    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $          0.00    (see **Exhibit 2**), yielded net receipts of  $560,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 581,018.61 | 550,034.75 | 550,034.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 650.00 | 650.00 | 650.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 157,985.06 | 157,985.06 | 9,315.25 |
| **TOTAL DISBURSEMENTS** | $0.00 | $739,653.67 | $708,669.81 | $560,000.00 |

4) This case was originally filed under Chapter 11 on December 11, 2012 and it was converted to Chapter 7 on June 03, 2013. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2016          By: /s/RICHARD J. MASON
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Reversed Deposit Adj. 1 | 1110-000 | -540,000.00 |
| Wire Transfer from FirstMerit Bank, N.A regardin | 1110-000 | 540,000.00 |
| 807 West Fulton Market, Chicago, IL 100% benefic | 1110-000 | 560,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$560,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 31,250.00 | 485.57 | 485.57 |
| RICHARD J. MASON | 2200-000 | N/A | 170.00 | 170.00 | 170.00 |
| John Pollick | 3210-000 | N/A | 7,882.00 | 7,882.00 | 7,882.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---:|---:|---:|
| John Pollick | 3210-000 | N/A | 875.00 | 655.57 | 655.57 |
| FirstMerit Bank, N.A. | 2500-000 | N/A | 540,000.00 | 540,000.00 | 540,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 414.05 | 414.05 | 414.05 |
| Rabobank, N.A. | 2600-000 | N/A | 26.29 | 26.29 | 26.29 |
| Rabobank, N.A. | 2600-000 | N/A | 30.94 | 30.94 | 30.94 |
| Rabobank, N.A. | 2600-000 | N/A | 19.57 | 19.57 | 19.57 |
| International Sureties, LTD. | 2300-000 | N/A | 10.21 | 10.21 | 10.21 |
| Rabobank, N.A. | 2600-000 | N/A | 15.60 | 15.60 | 15.60 |
| Rabobank, N.A. | 2600-000 | N/A | 16.13 | 16.13 | 16.13 |
| Rabobank, N.A. | 2600-000 | N/A | 17.77 | 17.77 | 17.77 |
| Rabobank, N.A. | 2600-000 | N/A | 16.63 | 16.63 | 16.63 |
| Rabobank, N.A. | 2600-000 | N/A | 16.06 | 16.06 | 16.06 |
| Rabobank, N.A. | 2600-000 | N/A | 18.25 | 18.25 | 18.25 |
| Rabobank, N.A. | 2600-000 | N/A | 16.01 | 16.01 | 16.01 |
| Rabobank, N.A. | 2600-000 | N/A | 17.64 | 17.64 | 17.64 |
| Rabobank, N.A. | 2600-000 | N/A | 17.06 | 17.06 | 17.06 |
| Rabobank, N.A. | 2600-000 | N/A | 14.84 | 14.84 | 14.84 |
| Rabobank, N.A. | 2600-000 | N/A | 18.66 | 18.66 | 18.66 |
| Rabobank, N.A. | 2600-000 | N/A | 16.44 | 16.44 | 16.44 |
| Rabobank, N.A. | 2600-000 | N/A | 15.32 | 15.32 | 15.32 |
| Rabobank, N.A. | 2600-000 | N/A | 17.49 | 17.49 | 17.49 |
| Arthur B. Levine Company | 2300-000 | N/A | 7.22 | 7.22 | 7.22 |
| Rabobank, N.A. | 2600-000 | N/A | 16.37 | 16.37 | 16.37 |
| Rabobank, N.A. | 2600-000 | N/A | 15.79 | 15.79 | 15.79 |
| Rabobank, N.A. | 2600-000 | N/A | 17.40 | 17.40 | 17.40 |
| Rabobank, N.A. | 2600-000 | N/A | 16.83 | 16.83 | 16.83 |
| Rabobank, N.A. | 2600-000 | N/A | 15.72 | 15.72 | 15.72 |
| Rabobank, N.A. | 2600-000 | N/A | 17.32 | 17.32 | 17.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$581,018.61** | **$550,034.75** | **$550,034.75** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of the U.S. Trustee (ADMINISTRATIVE) | 6990-000 | N/A | 650.00 | 650.00 | 650.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $650.00 | $650.00 | $650.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FirstMerit Bank, N.A. | 7100-000 | N/A | 157,985.06 | 157,985.06 | 9,315.25 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $157,985.06 | $157,985.06 | $9,315.25 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-48537-BSJ  
**Case Name:** MARKET STREET PROPERTIES LLC

**Trustee:** (330470) RICHARD J. MASON  
**Filed (f) or Converted (c):** 06/03/13 (c)  
**§341(a) Meeting Date:** 07/16/13

**Period Ending:** 01/21/16

**Claims Bar Date:** 01/06/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 807 West Fulton Market, Chicago, IL 100% benefic Imported from original petition Doc# 1 | 750,000.00 | 570,000.00 | | 560,000.00 | FA |
| 2 | plans and permits to construct 3 story commerici Imported from original petition Doc# 1 | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 2 | Assets Totals (Excluding unknown values) | **$785,000.00** | **$605,000.00** | | **$560,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

We will submit the TFR to the UST by 5/30/15 - 4/21/16

We will submit the TFR to the UST by 5/30/15 - 4/21/16

**Initial Projected Date Of Final Report (TFR):** February 28, 2014  **Current Projected Date Of Final Report (TFR):** May 30, 2015

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-48537-BSJ | | Trustee: | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| Case Name: | MARKET STREET PROPERTIES LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3566 - Checking Account |
| Taxpayer ID #: | **-***1271 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/21/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/01/13 | {1} | Martha Padilla | Auction Payment | 1110-000 | 388,500.00 | | 388,500.00 |
| 10/17/13 | {1} | Martha Padilla | Final Payment of Auction Purchase | 1110-000 | 171,500.00 | | 560,000.00 |
| 10/22/13 | | FirstMerit Bank, N.A. | Wire Transfer from FirstMerit Bank, N.A regarding property located on 807 W. Fulton Market | 1110-000 | 540,000.00 | | 1,100,000.00 |
| 10/22/13 | | FirstMerit Bank, N.A. | Reversed Deposit Adj. 1 | 1110-000 | -540,000.00 | | 560,000.00 |
| 10/22/13 | | FirstMerit Bank, N.A. | Customer Loan No. 5971271100515001 | 2500-000 | | 540,000.00 | 20,000.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 414.05 | 19,585.95 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.29 | 19,559.66 |
| 12/30/13 | 101 | John F. Pollick | Compensation for services performed by Attorney for Trustee | | | 7,882.00 | 11,677.66 |
| | | | 7,490.00 | 3210-000 | | | 11,677.66 |
| | | | 392.00 | 3210-000 | | | 11,677.66 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.94 | 11,646.72 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.57 | 11,627.15 |
| 02/27/14 | 102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/27/2014 FOR CASE #12-48537, Bond # 016026455 | 2300-000 | | 10.21 | 11,616.94 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.60 | 11,601.34 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.13 | 11,585.21 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.77 | 11,567.44 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.63 | 11,550.81 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.06 | 11,534.75 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.25 | 11,516.50 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.01 | 11,500.49 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.64 | 11,482.85 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.06 | 11,465.79 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.84 | 11,450.95 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.66 | 11,432.29 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.44 | 11,415.85 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.32 | 11,400.53 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.49 | 11,383.04 |
| 04/22/15 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/22/2015 FOR CASE #12-48537, Bond Number: 10BSBGR6291 | 2300-000 | | 7.22 | 11,375.82 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.37 | 11,359.45 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.79 | 11,343.66 |

Subtotals :         $560,000.00         $548,656.34

{} Asset reference(s)

Printed: 01/21/2016 03:38 PM    V.13.23

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-48537-BSJ  
**Case Name:** MARKET STREET PROPERTIES LLC  

**Taxpayer ID #:** **-***1271  
**Period Ending:** 01/21/16  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.40 | 11,326.26 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.83 | 11,309.43 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.72 | 11,293.71 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.32 | 11,276.39 |
| 12/07/15 | 104 | John Pollick | Payment from 11/17/2015 Order Allowing Compensation | 3210-000 | | 655.57 | 10,620.82 |
| 12/07/15 | 105 | RICHARD J. MASON, Trustee | Payment from 11/17/2015 Order Allowing Trustee Compensation | 2100-000 | | 485.57 | 10,135.25 |
| 12/07/15 | 106 | RICHARD J. MASON, Trustee | Payment from 11/17/2015 Order Allowing Trustee Expense Reimbursement | 2200-000 | | 170.00 | 9,965.25 |
| 12/15/15 | 107 | Office of the U.S. Trustee (ADMINISTRATIVE) | Distribution Payment to U.S. Trustee's Office Granted from Final Report | 6990-000 | | 650.00 | 9,315.25 |
| 12/15/15 | 108 | FirstMerit Bank, N.A. | Distribution Payment to Unsecured Creditor Granted from Final Report | 7100-000 | | 9,315.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 560,000.00 | 560,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 560,000.00 | 560,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$560,000.00** | **$560,000.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3566** | 560,000.00 | 560,000.00 | 0.00 |
| | **$560,000.00** | **$560,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 01/21/2016 03:38 PM    V.13.23